1    J. William Ebert (Nevada Bar No. 2697)
Jonathan K. Wong (Nevada Bar No. 13621)

2    LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120

3    Las Vegas, Nevada 89144
Telephone: (702) 382-1500

4    Facsimile: (702) 382-1512
bebert@lipsonneilson.com

5    jwong@lipsonneilson.com

6    *Attorneys for BIBTE Mining Inc.,*
*Eugene Donlan, and Rick Willard*

7

8                 **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10    BIBTE MINING, INC, a Nevada limited    Case No. 2:21-cv-01508-JCM-VCF
liability company,

11

12               Plaintiffs,          **STIPULATION AND**
**ORDER TO EXTEND DEADLINE FOR**

13        vs.                     **PLAINTIFFS TO FILE REPLY IN**
**SUPPORT OF MOTION FOR PARTIAL**

14    DAN GOLDEN, an individual, and    **SUMMARY JUDGMENT [DOC. NO. 15]**
individual DOES 1 through 10 and

15    corporate ROES 1 through 10,

16              Defendants,          **[FIRST REQUEST]**

17    DAN GOLDEN, an individual,

18              Counterclaimant,

19    BIBTE MINING, INC., a Nevada Limited
Liability Company, EUGENE DONLAN, an

20    individual, RICK WILLARD, an individual.

21             Counterdefendants.

22

23        Plaintiffs / Counterdefendants BIBTE MINING, INC., ("BMI"), Eugene Donlan

24    ("Donlan"), and Rick Willard ("Willard") (BMI, Donlan, and Willard, referenced collectively

25    as "BIBTE"), by and through their attorneys, J. William Ebert, Esq., and Jonathan K.

26    Wong, Esq., of the firm of LIPSON NEILSON, P.C., and Defendant / Counterclaimant DAN

27    GOLDEN, by and through his attorneys, Scott A. Knight, Esq. and Robert A. Ryan, Esq. of

28    KNIGHT & RYAN, hereby stipulate to extend the time for Plaintiffs BIBTE and

**Lipson Neilson, P.C.**
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

**Lipson Neilson, P.C.**
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500  FAX: (702) 382-1512

1   Counterdefendants Eugene Donlan and Rick Willard to file their reply in support of their

2   Motion for Partial Summary Judgment [Doc. No. 15] by two (2) weeks or such other date

3   as is convenient to the court.

4   **STIPULATION**

5   1.      Plaintiffs BIBTE filed their Complaint on May 14, 2021 in the Eighth Judicial

6   District Court, Clark County, Nevada on the issue of the invalidity of Golden's mining

7   claims.

8   2.      Defendant DAN GOLDEN ("Golden") filed a Notice to State Court of

9   Removal of Civil Action to Federal Court on August 12, 2021.

10   3.      The matter was removed to federal court and assigned to Judge James C.

11   Mahan and Magistrate Judge Cam Ferenbach of the United States District Court, District

12   of Nevada, on August 12, 2021.

13   4.      Defendant GOLDEN filed counterclaims against Plaintiffs on September 8,

14   2021 [Doc. No. 7].

15   5.      Plaintiffs filed their Answer to Counterclaims on September 30, 2021 [Doc.

16   No. 14].

17   6.      Plaintiffs BIBTE Mining, Inc., Eugene Donlan, and Rick Willard filed a Motion

18   for Partial Summary Judgment [Doc No. 15] on September 30, 2021.

19   7.      Defendant GOLDEN filed an Opposition to Plaintiff's Motion for Partial

20   Summary Judgment [Doc. No. 18] on October 21, 2021 ("Opposition").

21   8.      Plaintiffs' reply to Defendant Golden's Opposition [Doc. No. 18] is currently

22   due on November 4, 2021.

23   9.      In order to adequately respond to the Opposition, Plaintiffs and

24   Counterdefendants respectfully request additional time to file a reply.

25   10.      The parties have agreed that Plaintiffs and Counterdefendants shall have an

26   additional two (2) weeks to file a reply in support of their Motion for Partial Summary

27   Judgment [Doc. No. 18], extending the deadline to respond from November 4 to

28   **November 18, 2021.**

Page 2 of 3

**Lipson Neilson, P.C.**
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11.  This is the first request for an extension of time for Plaintiffs and Counterdefendants to respond to Defendant Golden's Opposition to BIBTE's Motion for Partial Summary Judgment [Doc. No. 18].

The Parties herein submit this Stipulation in good faith, based on the interests of justice, both in advancing the merits of the case more efficiently, and not for the purposes of delay.

IT IS SO AGREED.

DATED this 2nd day of November, 2021.       DATED this 2nd day of November, 2021.

**KNIGHT & RYAN**                            **LIPSON NEILSON, P.C**.

/s/ Robert A. Ryan                           /s/ Jonathan K. Wong

_____             _____
SCOTT A. KNIGHT, ESQ.                        J. WILLIAM EBERT, ESQ.
Nevada Bar No. 9083                          Nevada Bar No. 7582
ROBERT A. RYAN, ESQ.                         JONATHAN K. WONG, ESQ.
Nevada Bar No. 12084                         Nevada Bar No. 13621
2850 W. Horizon Ridge Pkwy. Suite 200        9900 Covington Cross Drive, Suite 120
Henderson, NV 89052                          Las Vegas, Nevada 89144
Phone: (702) 462-6083                        Phone: (702) 382-1500
scott@knightryan.com                         bebert@lipsonneilson.com
robert@knightryan.com                        jwong@lipsonneilson.com

*Attorney for Defendant / Counterclaimant*   *Attorneys for Plaintiffs / Counterdefendants*
*Dan Golden*                                 *BIBTE Mining Inc., Eugene Donlan, and Rick*
                                             *Willard*

## **ORDER**

Based on the foregoing Stipulation by and between the Parties,

**IT IS SO ORDERED.**

DATED: November 3, 2021

_____
UNITED STATES DISTRICT JUDGE

Page 3 of 3